AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 29 PM 3:51

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAG

### OFFENSE CHARGED

See attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:

Maximum Pison Term: 6 months
Maximum Fine: $5000
Mandatory Special Assessment: $10

### DEFENDANT - U.S.

► LESLIE M. ENGLE

DISTRICT COURT NUMBER

CR 07 0687

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ► 8/30/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ► _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ► _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

United States Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

Offenses charged:

*FILED*

*07 OCT 29 PM 3:15*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor)

36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Over 0.08% (Class B Misdemeanor)

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO  DIVISION

11  UNITED STATES OF AMERICA,          )    CR 07    0687
                                       )
12        Plaintiff,                   )
                                       )    VIOLATIONS: Title 36, Code of Federal
13                                     )    Regulations, Section 1004.23(a)(1) -
                                       )    Operating a Motor Vehicle Under the
14        v.                           )    Influence of Alcohol (Class B
                                       )    Misdemeanor); Title 36, Code of Federal
15                                     )    Regulations, Section 1004.23(a)(2) -
    LESLIE M. ENGLE,                   )    Operating a Motor Vehicle With a Blood
16                                     )    Alcohol Content Over 0.08% (Class B
          Defendant.                   )    Misdemeanor)
17                                     )
                                       )
18  _____ )    SAN FRANCISCO VENUE

19

20                       I N F O R M A T I O N

21  The United States Attorney charges:

22  COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence
23            of Alcohol

24
    On or about August 30, 2007, in the Northern District of California, within the
25
    boundaries of an area administered by the Presidio Trust and land under the exclusive
26
    jurisdiction of the United States, the defendant,
27
                           LESLIE M. ENGLE,
28
    was operating or in actual physical control of a motor vehicle while under the influence of

    INFORMATION

FILED

07 OCT 29 PM 3: 52

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  alcohol, drugs, or any combination thereof, to a degree that rendered her incapable of safe

2  operation in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a

3  Class B Misdemeanor.

4

5  COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood
                Alcohol Content over 0.08%

6

7      On or about August 30, 2007, in the Northern District of California, within the

8  boundaries of an area administered by the Presidio Trust and land under the exclusive

9  jurisdiction of the United States, the defendant,

10                          LESLIE M. ENGLE,

11  was operating or in actual physical control of a motor vehicle while having at least 0.08

12  percent, by weight, of alcohol in her breath, in violation of Title 36, Code of Federal

13  Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

14

15  DATED: 10/29/07                         SCOTT N. SCHOOLS
                                            United States Attorney
16

17  _____
                                            GREGG W. LOWDER
18                                          Chief, Major Crimes Section

19

20  (Approved as to form: _____)
                          WENDY THOMAS
21                        Special Assistant United States Attorney

22

23

24

25

26

27

28

INFORMATION