SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California  94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

LAURA TERLOUW
Law Clerk

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0687  MAG |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | **DECLARATION OF LAURA TERLOUW IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| LESLIE M. ENGLE, | ) | |
|     Defendant. | ) | |

I, Laura Terlouw, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Park Police ("USPP"), and from reports and other documents provided to me by persons employed by the USPP. .

2. On or about August 30, 2007, at approximately 11:25 p.m., an individual, later identified as Leslie M. Engle ("Engle"), was traveling southbound in a black Volvo on Lincoln Boulevard in the Presidio at a speed of 42 miles per hour in a 30 miles per hour zone.  USPP Officer Collins

pulled the vehicle over and contacted the driver, Engle.

3. While speaking to Engle, Officer Collins noticed that her eyes appeared watery, and asked her if she had drank any alcoholic beverages.  Engle responded that she had not.  Officer Collins then performed a brief check for horizontal gaze nystagmus while Engle sat in her vehicle and asked her again whether she had drank any alcoholic beverages.  Engle responded that she had ingested one glass of wine while eating dinner.

4. Based on Engle's driving and inconsistent responses regarding her ingestion of alcoholic beverages, Officer Collins decided to administer field sobriety tests.  Before administering the tests, he conducted a brief investigative interview, and while doing so smelled the odor of alcoholic beverages coming from Engle's person.  Officer Collins conducted four field sobriety tests: (1) the horizontal gaze nystagmus; (2) the one leg stand test; (3) the walk and turn test; and (4) the Rhomberg stand.  Engle failed to successfully complete any of the four field sobriety tests.  Officer Collins placed Engle under arrest for driving while under the influence of alcohol at 11:54 p.m.

5. Officer Collins advised Engle of her choices for a chemical test to determine the alcohol content of her blood and Engle opted to take a breath test.  Officer Collins conducted the intoxilyzer exam.  Two breath samples were taken (at 12:32 a.m. and 12:34 a.m.) from Engle and both tests indicated Engle's blood alcohol content was .092%.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed October 31, 2007, at San Francisco, California.

DATED:  _10/31/2007_____          Respectfully submitted,

                                                          SCOTT N. SCHOOLS
                                                          United States Attorney


                                                       _____/s/_____
                                                          LAURA TERLOUW
                                                          Law Clerk
                                                         United States Attorney's Office