1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )    Case No. CR 07-0687 MAG
                                     )
12              Plaintiff,           )
                                     )
13       v.                          )    **[PROPOSED] ORDER FOR SUMMONS**
                                     )
14  LESLIE M. ENGLE,                 )
                                     )
15              Defendant.           )
                                     )
16  _____)

17

18       Having reviewed the Declaration of Laura Terlouw, the Court finds that probable cause

19  exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.

20  58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Leslie M.

21  Engle, 1438 30th Avenue, San Francisco, California, 94122, to appear on November 26, 2007 at

22  9:30 am before Magistrate Judge Bernard Zimmerman to answer the Information that has been

23  filed by the United States Attorney.

24

25       IT IS SO ORDERED.

26

27  Dated: _____          _____
                                            EDWARD M. CHEN
28                                          United States Magistrate Judge

ORDER  FOR SUMMONS
Case No. CR 07-0687 MAG