1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
   UNITED STATES OF AMERICA,       )   Case No. CR 07-0687 MAG
12                                 )
        Plaintiff,                 )
13                                 )
        v.                         )   [~~PROPOSED~~] ORDER FOR SUMMONS
14                                 )
   LESLIE M. ENGLE,                )
15                                 )
        Defendant.                 )
16  _____)

17

18  Having reviewed the Declaration of Laura Terlouw, the Court finds that probable cause exists
19  to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
20  58(d)(3), the Clerk of Court is directed to issue a Summons directing the defendant, Leslie M.
21  Engle, 1438 30th Avenue, San Francisco, California, 94122, to appear on November 26, 2007 at
22  9:30 am before Magistrate Judge Bernard Zimmerman to answer the Information that has been
23  filed by the United States Attorney.

24

25  IT IS SO ORDERED.

26  Dated: 11/1/07

27                                       _____
                                         EDWARD M. CHEN
28                                       United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0687 MAG