| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 14 min | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** <br> **MINUTE ORDER** | | DEPUTY CLERK <br> Lashanda Scott | | | REPORTER/FTR <br> 2:07-2:21 | | |
| MAGISTRATE JUDGE <br> Bernard Zimmerman | | DATE <br> April 23, 2008 | | | NEW CASE <br> ☐ | CASE NUMBER <br> CR07-0687 MAG | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT <br> Leslie M. Engle | | AGE | CUST <br> N | P/NP <br> P | ATTORNEY FOR DEFENDANT <br> Raymond Schwarte | | PD. ☐  RET. ☐ <br> APPT. ☐ |
| U.S. ATTORNEY <br> Wendy Thomas | | INTERPRETER | | | ☐ FIN. AFFT <br> SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER <br> Ann Searles | PRETRIAL SERVICES OFFICER | | | | DEF ELIGIBLE FOR ☐ <br> APPT'D COUNSEL | PARTIAL PAYMENT ☐ <br> OF CJA FEES | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☒ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED <br> ☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | |

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant placed on probation for a term of 3 years. Defendant shall pay a $10.00 special assessment. Deft shall perform 125 hours of community service as directed by the probation officer in lieu of a fine. Deft's driving privileges shall be restricted to/from work/school for a period of 180 days. Deft will receive credit for any prior suspension. cc: BZ, Pretrial, Probation

DOCUMENT NUMBER: